FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 19 2012

JAMES W. McCORMACK, CLERK
.By:_____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
__First__ DIVISION

(( OCSe # 202347278 ))
CASE NO. CR-2011-578-5

Jury Trial: ☑ Yes ☐ No
(Check One)

5:12CV00363 BSM

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: __Nekia Roshune French__
ADC # __103610__
Address: __Dub Brassel Detention Center 300 east 2nd. St. Pine Bluff ARKansas. 71601 / 2400 w. 47st Pine Bluff ARKansas 71603__

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge __Miller__
and to Magistrate Judge __Kearney__

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: __Broneal Smith__
Position: __original assignor__
Place of employment: __N/A__
Address: __4001 West Hepburn st. Pine Bluff. AR. 71603__

Name of defendant: __Kimberly R. Smith__
Position: __Current assignor__
Place of employment: __N/A__

Address: __N/A__

Name of defendant: __LaDonna Hall__

Position: __Investigator/child support case worker__

Place of employment: __Jefferson County Child support office__

Address: __P.O. Box 5809 Pine Bluff, AR. 71611__

Name of defendant: __Earnest Sanders__

Position: __Attorney at Law__

Place of employment: __Pine Bluff office of child support__

Address: __P.O. Box 5809 Pine Bluff, AR. 71611__

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: __N/A__

Defendants: __N/A__

☐ Court (if federal court, name the district; if state court, name the county):

**Jefferson County Court House**

- ☐ Docket Number: **(child support) DR-2006-1506-3**
- ☐ Name of judge to whom case was assigned: **Berlin C. Jones**
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **yes (still pending)**
- ☐ Approximate date of filing lawsuit: _____
- ☐ Approximate date of disposition: _____

IV. Place of present confinement: **Dub Brassel Detention Center 300 east 2nd St. Pine Bluff, Arkansas 71601**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**No** in jail and still awaiting trial on pending criminal charges

**No** serving a sentence as a result of a judgment of conviction

**No** in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **✓**   No ___

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No **✓**

If not, why? **There was never a responsed**

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Nekia French State(s) that at no time was I Informed that there was a change of assignor, as a result of this I have not been sure of the rightful person or person's of Custody. Also based upon my current Incarceration status I have not been able to determine an actual parental test for the child Brenaijah Smith. I have been unaware of the formalities of my case from 2006 because I was not served the papers personally nor was I present at the date and time of Birth. I also don't have any knowledge whom Kimberly R. Smith is. Check motion of Discovery, Order to release body attachment 5-9-2009, and Order of body attachment 12-14-10.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

To be submitted to a parternity test, Also to be taken off child support, And find out whom is the actual assignor of child.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 10th day of September, 20 12.

Nekia Roshune French

Nekia R. French
Signature(s) of plaintiff(s)

Revised 03/19/09